UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NATIONAL CITY BANK,
a national banking corporation,

                                  Case No. 2:07-CV-10718

          Plaintiff,         Hon. Avern Cohn

v.

MULTI BUILDING CO., INC.,
a Michigan corporation,

          Defendant.

_____/

**ORDER DISMISSING ORDER TO SHOW CAUSE**

On June 8, 2007, the Court entered an order styled Order to Show Cause Why the Former Limited State Receiver and His Counsel Should Not Be Held in Contempt.

A hearing was held on the order on June 19, 2007. For reasons stated on the record at the hearing, the order to show cause is DISMISSED. As the record stands, the former limited state receiver and his counsel are not in contempt of any order of the Court.

SO ORDERED.

Dated: June 19, 2007                     s/Avern Cohn
                                          AVERN COHN
                                          UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was mailed to the parties of record on this date, June 19, 2007, by electronic and/or ordinary mail.

                                              s/Julie Owens
                                              Case Manager, (313) 234-5160